581 A.2d 1376

COMMONWEALTH of Pennsylvania

v.

James ALDERMAN, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 22, 1990.

Decided Nov. 9, 1990.

Marilyn J. Gelb, Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.

McDERMOTT, J., did not participate in the consideration or decision of this case.